UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SETH GOLDSTROM, :
:
Plaintiff,  :  23-CV-7527 (JMF)
:
-v-  :  ORDER
:
SELENDY GAY ELSBERG PLLC, :
:
Defendant.  :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Unless and until the Court orders otherwise, counsel for all parties shall appear for an **in person** conference with the Court on **September 6, 2023** at **11:00 a.m.** in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, NY.  **All counsel must also familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-jesse-m-furman.**  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      Counsel shall confer with each other prior to the conference regarding next steps, including but not limited to whether the case can be resolved without the need for discovery and litigation, and shall file a joint letter no later than **September 1, 2023,** with proposed next steps.

      **Counsel who have entered a notice of appearance as of the issuance of this order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this order and the Court's Individual Rules and Practices forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy of this order and the Court's Individual Rules and Practices to that party personally.

      SO ORDERED.

Dated: August 28, 2023
      New York, New York
                                                  JESSE M. FURMAN
                                                  United States District Judge