# Frankfurt Kurnit Klein + Selz PC

**Ronald C. Minkoff**

28 Liberty Street, New York, New York 10005

T (212) 705-4837    F (347) 438-2112

rminkoff@fkks.com

August 31, 2023

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY  10007

        Re:    *Goldstrom v. Selendy Gay Elsberg PLLC v. McKinsey & Co, Inc. et al.,*
                23 Civ. 7527 (JMF)

Dear Judge Furman:

      We represent McKinsey & Co., Inc. and the other named third-party defendants (collectively, "McKinsey") in the above-captioned action.  The Third-Party Complaint against McKinsey was filed late last night and we received it at 1 a.m. this morning.  We just filed Notices of Appearance.

      We have reviewed the docket and we see that on August 28, 2023 – before McKinsey was joined – this Court issued an Order [Dkt. No. 6] requiring a meet and confer process on or before September 1, 2023 (tomorrow) and a court appearance on September 6, 2023.  To ensure that we have an opportunity to review the 32-page pleading and numerous exhibits filed last night and served this morning, and to confer with our client about them, we respectfully request that the meet-and-confer deadline be extended from September 1 to September 7, and that the conference scheduled for September 6 be adjourned.  No prior request for an adjournment has been made.

      We have asked counsel for Goldstrom and SGE to consent to our adjournment request.  Both have stated that they are prepared to move forward as per the Court's order, but will not oppose this adjournment request.  Goldstrom has also asked to reserve all rights with respect to McKinsey's status as a party in this matter.   The parties are available for a conference on the morning of September 13 and the afternoon of September 19.

      We submit this letter without prejudice to McKinsey's position that this dispute is subject to arbitration.

Hon. Jesse Furman
August 31, 2023
Page -2-

       Please contact us if you have any questions or need further information.

                                                 Respectfully submitted,

                                                 */s/ Ronald C. Minkoff*

                                                 Ronald C. Minkoff

cc:    All counsel (via ECF and email)

        Application GRANTED. The conference previously scheduled for September 6, 2023, is hereby adjourned to September 21, 2023, at 2:30 p.m., and will be held in Courtroom 1105 pursuant to ECF No. 6. The Clerk of Court is directed to terminate ECF No. 24.

        SO ORDERED.

*[signature: Jesse Furman]*

        September 1, 2023