KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215
_____

(202) 326-7900

FACSIMILE:
(202) 326-7999

November 2, 2023

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   Sealing Letter in *Goldstrom v. Selendy Gay Elsberg PLLC*, Case No. 1:23-cv-07527-JMF [rel. 18-cv-04141]

Dear Judge Furman:

We represent Plaintiff Seth Goldstrom ("Goldstrom") in the above-captioned matter. Goldstrom hereby seeks leave to file under seal a letter to the Court and an attachment to that letter. Pursuant to the New York Judiciary Law, the attachment to the letter is private and confidential. N.Y. Judiciary Law § 90 (McKinney). The relief Goldstrom seeks is "narrowly tailored," *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006), to comply with New York law.

Respectfully submitted,

*/s/ Reid M. Figel*

cc: All Counsel of Record (via ECF)

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 60.

SO ORDERED.

[signature]

November 2, 2023