UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
SETH GOLDSTROM, :
:
:
Plaintiff, :
: 23-CV-7527 (JMF)
-v- :
: ORDER
:
SELENDY GAY ELSBERG PLLC, :
:
Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On July 3, 2024, the Court issued an Opinion and Order in *Alix v. McKinsey*, No. 18-CV-4141 (JMF), 2024 WL 3293621 (S.D.N.Y. July 3, 2024), dismissing the case for lack of subject-matter jurisdiction. Upon reflection, given the relationship between *Alix* and this case, the parties shall each file letters **no later than August 19, 2024, and not to exceed three pages each**, addressing the impact — if any — of the Court's dismissal in *Alix* on this case, including whether there remains a live (or ripe) dispute in this case.

      SO ORDERED.

Dated: August 13, 2024
       New York, New York

                                            JESSE M. FURMAN
                                      United States District Judge