UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SETH GOLDSTROM,                                                         :
:
:
Plaintiff,                                  :
:        23-CV-7527 (JMF)
-v-                                                       :
:        ORDER
:
SELENDY GAY ELSBERG PLLC,                                               :
:
Defendant.                                  :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the parties' letters filed yesterday, ECF Nos. 68, 69, 70, the parties shall file a joint letter, **no later than August 30, 2024**, advising the Court of the status of their discussions regarding out-of-court resolution of this matter. The Court intimates no view at this time on the parties' apparent dispute regarding the existence (or lack thereof) of a live controversy in this action following the Court's dismissal and lack of appeal in *Alix v. McKinsey*, No. 18-CV-4141 (JMF), 2024 WL 3293621 (S.D.N.Y. July 3, 2024).

      SO ORDERED.

Dated: August 20, 2024
       New York, New York

                                        JESSE M. FURMAN
                                United States District Judge